IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


RANDY STARKEY                  )
                                  )
v.                             ) NO. 3-10-0921
                                  ) JUDGE CAMPBELL
DAVID L. RICHARDS, et al.      )


ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 29) and Objections filed by the Plaintiff (Docket No. 41).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, the Motions to Dismiss filed by Defendants Harrison, Blackburn and Cornelius & Collins, LLP (Docket Nos. 3 and 12) are GRANTED, and Plaintiff's claims against these Defendants are DISMISSED. As noted by the Magistrate Judge, the filing of a Petition for Domestication of a Foreign Judgment in no way constitutes copyright infringement.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE