UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RANDY STARKEY | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:10-0921 |
| v. | ) | JUDGE SHARP |
| | ) | |
| DAVID L. RICHARDS, et al. | ) | |

## ORDER

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE